ACCEPTED
06-15-00014-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
2/20/2015 4:54:16 PM
DEBBIE AUTREY
CLERK

The full content of this file cannot be displayed with your current PDF viewer. Please update to the latest possible version to view this document.

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

2/23/2015 10:53:00 AM

DEBBIE AUTREY
Clerk